UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2023 FEB -3 PM 2:01
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | | |
|---|---|---|
| DEVONTE SPEARS | § | |
| | § | |
| v. | § | A-23-CV-00099-LY |
| | § | |
| WARDEN, FCI PHOENIX | § | |

## FINAL JUDGMENT

Before the court is the above styled and numbered cause.   The court dismissed Petitioner Devonte Spears' petition for writ of *habeas corpus*.   Accordingly, as all issues in the cause have been resolved, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Petitioner Devonte Spears' petition for writ of *habeas corpus* is hereby **DISMISSED WITHOUT PREJUDICE** for want of jurisdiction.

It is finally **ORDERED** that the above styled and numbered cause is hereby **CLOSED.**

**SIGNED** this _3rd_ day of February 2023.

_____
LEE YEAKEL
UNITED STATES DISTRICT COURT